MACNEILL, O'NEILL & RIVELES, LLC
ESAD METJAHIC (410922022)
240 CEDAR KNOLLS ROAD, SUITE 104
CEDAR KNOLLS, NJ 07927
973-409-6600
ATTORNEYS FOR DEFENDANTS, JEFFREY POMERANTZ, D.O., SHERITA LATIMORE-COLLIER, M.D., CHRISTINE HARTRANFT, APN, LISA MILLS, APN, CONNIE PURCELL, R.N (IMPROPERLY PLED AS CONNIE PURSELL) AND RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY (IMPROPERLY PLED AS RUTGERS UNIVERSITY CORRECTIONAL HEALTHCARE),
OUR FILE NO. 9028.06003

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CRAIG FRANCIS SZEMPLE,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>NEW JERSEY DEPARTMENT OF CORRECTIONS; DR. AHMAR SHAKIR; DR. JEFFERY POMERANTZ; DR. SHERITA M. LATIMORE-COLLIER; APN CHRISTINE HARTRANFT; APN LISA MILLS; RN CONNIE PURSELL; RUTGERS UNIVERSITY CORRECTIONAL HEALTH CARE; ABC CORPORATIONS 1-5; JOHN DOE ##1-3; AND JANE DOE ##1-3, INDIVIDUALLY, JOINTLY AND SEVERALLY,<br><br>　　　　　　　　　　Defendants | Civil Action No.: 2:25-CV-03941-MCA-JBC<br><br>ORDER FOR PARTIAL SUMMARY JUDGMENT<br><br>Document Filed Electronically |

**THIS MATTER** having been brought before this Court on application of

MacNeill, O'Neill & Riveles, LLC, attorneys for Defendants, Jeffrey Pomerantz,

D.O., Sherita Latimore-Collier, M.D., Christine Hartranft, APN, Lisa Mills, APN, Connie Purcell, R.N (improperly pled as Connie Pursell) and Rutgers, the State University of New Jersey (improperly pled as Rutgers University Correctional Healthcare),, and on notice to van der Veen, Hartshorn, Levin & Lindheim, Kaitlin McCaffrey, Esq., appearing, attorneys for Plaintiff, Craig Szemple for an Order for summary judgment; and the matter having been considered on the papers submitted and good cause having been shown;

  **IT IS** on this _____ day of _____, **2026**;

  **ORDERED** that, pursuant to F.R.C.P. 56, partial summary judgment be and is hereby **GRANTED**; and it is further

  **ORDERED** that Counts 9, 11, and 12 of plaintiff's Complaint be and are hereby dismissed, **with prejudice**, for plaintiff's failure to provide an Affidavit of Merit; and it is further

  **ORDERED** that a copy of the within Order be served upon all counsel within _____ days from the date hereof.

                _____