MacNeill, O'Neill & Riveles, LLC

COUNSELLORS AT LAW

LAUREN KOFFLER O'NEILL † •
GARY L. RIVELES †
FREDERICK J. HUGHES +
ANELIA DIKOVYTSKA BROWN *
MICHAEL SCHUMAN +
ESAD METJAHIC *
RYAN P. GEARY

240 CEDAR KNOLLS ROAD – SUITE 104
CEDAR KNOLLS, NEW JERSEY 07927
(973) 409-6600
FAX (862) 260-9313
www.morlawnj.com

† CERTIFIED CIVIL TRIAL ATTORNEY
* NJ AND NY BAR
+ NJ AND PA BAR
▯ NJ, NY AND OH BAR
• NJ, NY AND MA BAR

October 5, 2026

**VIA ECF**

Madeline Cox Arleo, USDJ
United States District Court
District of New Jersey
MLK and U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

**RE: Szemple v. Rutgers (2025)**
**Docket No.: 2:25-CV-03941-MCA-JBC**
**MOR File No.: 9028.06003**

Dear Judge Cox Arleo:

As you may recall, this office represents Jeffrey Pomerantz, D.O., Sherita Latimore-Collier, M.D., Christine Hartranft, APN, Lisa Mills, APN, Connie Purcell, R.N (improperly pled as Connie Pursell) and Rutgers, the State University of New Jersey (improperly pled as Rutgers University Correctional Healthcare), on the medical malpractice claims only. As so ordered, the undersigned has met and conferred with Plaintiff's counsel and the two have agreed upon October 31, 2026 as the supplemental briefing deadline for both parties.

Respectfully submitted,

MACNEILL, O'NEILL & RIVELES, LLC

*/s/ Esad Metjahic*
Esad Metjahic

EM/em
cc: Nicholas F. Pellitta, Esq.
David J. Coppola, Esq.
Kaitlin McCaffrey, Esq.
Joseph R. Lang, Esq.

SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 10/6/26